Bedminster Township *v.* Brauer et ux., Appellants.

Argued October 3, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Elizabeth Brauer* and *George K. Brauer,* appellants, in propria personae.

*John M. McClure,* with him *Smith, Mountenay & Wilson,* for appellee.

OPINION PER CURIAM, November 28, 1969:
Appeal quashed.